## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

| | | | |
|---|---|---|---|
| DEFT: | COURTNEY MARKS (J) | CASE NO: | 00-4181-SNOW |
| AUSA: | JEFFREY KAPLAN  *pus* | ATTY: | |
| AGENT: | CUSTOMS | VIOL: | 31 USC 5316 & 5322 |
| PROCEEDING: | I/A ON COMPLAINT | RECOMMENDED BOND: | PTD |
| BOND HEARING HELD - yes / no | | COUNSEL APPOINTED: | |
| BOND SET @: | | To be cosigned by: | |

FILED by D.C.
JUL 20 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

Advised of charges

Deft will attempt to retain counsel

Re-set for IRC on Monday, July 24

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | 7-24 | 11 | BSS | ✓ |
| (PTD)/BOND HEARING: | 7-27 | 10 | BSS | ✓ |
| PRELIM/(ARRAIGN) OR REMOVAL: | 8-3 | 11 | BSS | ✓ |
| STATUS CONFERENCE: | | | | |

DATE: 7/20/00   TIME: 11:00   FTL/LSS TAPE # 00 - 038   Begin: 3480   End: 3909
4039