UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # **66089-004**

UNITED STATES OF AMERICA )
Plaintiff ) Case Number: CR **00-4181-JNSW**
) REPORT COMMENCING CRIMINAL
-vs- ) ACTION
)
**COURTNEY H MARKS** )
Defendant

*********************************************************

TO: Clerk's Office   MIAMI  / FT. LAUDERDALE \  W. PALM BEACH
    U.S. District Court     (circle one)

FILED by _____ D.C.
JUL 21 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE
*********************************************************

All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1) Date and Time of Arrest: **7-20-00**   am/pm

(2) Language Spoken: **ENGLISH**

(3) Offense(s) Charged: **FAIL TO DECLARE + TRANSPORTATION OF US CURRENCY**

(4) U.S. Citizen [X] Yes  [ ] No  [ ] Unknown

(5) Date of Birth: **1-8-60**

(6) Type of Charging Document: (check one)
    [ ] Indictment  [ ] Complaint  To be filed/Already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: **SD/FL**

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ]YES [ ]NO

Amount of Bond: $ _____
Who set Bond: _____

(7) Remarks: _____

(8) Date: **7-20-00**  (9) Arresting Officer: _____

(10) Agency: **USC**          (11) Phone: _____

(12) Comments: _____