| | |
|---|---|
| DEFT: | COURTNEY MARKS (J) |
| CASE NO: | 00-4181-Snow |
| AUSA: | Jeffrey Kaplan |
| ATTNY: | Temporary: Lawrence Kerr |
| AGENT: | |
| VIOL: | |
| PROCEEDING: | Inquiry Re: Counsel |
| BOND REC: | |
| BOND HEARING HELD - yes/no | |
| COUNSEL APPOINTED: | |
| BOND SET @ | |
| CO-SIGNATURES: | |

FILED by ___ D.C.
JUL 2 4 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

SPECIAL CONDITIONS: Attorney Kerr will represent deft for the PTD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

NEXT COURT APPEARANCE:   DATE:       TIME:       JUDGE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:   July 27, 2000 @ 10:00 a.m.
PRELIM/ARRAIGN. OR REMOVAL:   August 3, 2000 @ 11:00 a.m.
STATUS CONFERENCE:
DATE:  July 24, 2000    TIME: 11:00 A.M.   TAPE # 00-58   PG #