UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA, :

v.                              :        CASE NO. 00-4181-Snow

Courtney Marks              :

NOTICE OF TEMPORARY
APPEARANCE AS COUNSEL

FILED by ___ D.C.
JUL 2 4 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

COMES NOW Lawrence J. Kerr files this temporary appearance as counsel for the above named defendant(s) at initial appearance. This appearance is made with the understanding that the undersigned counsel will fulfill any obligations imposed by the Court such as preparing and filing documents necessary to collateralize any personal surety bond which may be set.

Counsel's Name (Printed) Lawrence J. Kerr

Counsel's Signature _Lawrence J. Kerr_

Address 1401 Brickell Avenue - Suite 700
Miami, Fla           Zip Code: 33131

Telephone (305) 371-8797