| | |
|---|---|
| DEFT: COURTNEY MARKS (J) | CASE NO: 00-4181-Snow |
| AUSA: Jeffrey Kaplan | ATTNY: Lawrence Kerr |
| AGENT: | VIOL: |
| PROCEEDING: PTD Hearing | BOND REC: |

BOND HEARING HELD – yes/no   COUNSEL APPOINTED:

BOND SET @

FILED by ___ D.C.
JUL 27 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CO-SIGNATURES:

SPECIAL CONDITIONS: Gov't's petition for Pretrial Detention – Oral Order will be issued.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
___ Electronic Monitoring

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING: July 28, 2000 @ 11:00 a.m.
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE:

DATE: July 27, 2000   TIME: 11:00 A.M.   TAPE # 00-59   PG #