JNK:hkp

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6204-CR-ZLOCH
31 USC §5316(a)(1)(A)
31 USC §5322(a)
18 USC §2

**MAGISTRATE JUDGE SELTZER**

UNITED STATES OF AMERICA, )
)
            Plaintiff, )
vs. )
)
COURTNEY MARKS, )
)
           Defendant. )
_____ )

## INDICTMENT

FILED by D.C.
JUL 27 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

The Grand Jury charges that:

### COUNT I

1.    On or about July 19, 2000, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

### COURTNEY MARKS,

was knowingly and intentionally about to transport monetary instruments of more than ten thousand dollars ($10,000) at one time, that is, approximately $249,756.00 in United States currency, from a place in the United States, that is, Fort Lauderdale, Florida, to Jamaica, without filing a Report of International Transportation of Currency or Monetary Instruments (Customs Form 4790), as required by 31 Code of Federal Regulations, Section 103.23, in violation of Title 31, United States Code, Sections 5316(a)(1)(A) and 5322(a); 31 Code of Federal Regulations, Section 103.23; and Title 18, United States Code, Section 2.



## FORFEITURE

2. Pursuant to Title 18, United States Code, Section 982(a)(1) and Title 31, United States Code, Section 5317(c), upon conviction on Count I, in violation of Title 31, United States Code, Sections 5316(a)(1)(A) and 5322(a), the defendant,

## COURTNEY MARKS,

shall forfeit to the United States, all property, real and personal, involved in and traceable to, directly and indirectly to the aforementioned offense:

> $249,756.00 in United States currency and all interest and proceeds traceable thereto, in that such sum in aggregate is property which was involved in the aforestated offense or is traceable to such property.

3. If any of the above-described forfeitable property in paragraph 2 above, as a result of any act or omission by the defendant,

   a) Cannot be located upon the exercise of due diligence;

   b) Has been transferred, or sold to, or deposited with a third person;

   c) Has been placed beyond the jurisdiction of the court;

   d) Has been substantially diminished in value;

   e) Has been commingled with other property which cannot be subdivided without difficulty,

defendant MARKS shall forfeit to the United States any other property of defendant MARKS, up to the value of the above forfeitable property, pursuant to Title 18, United States Code, Section 982(b).

A TRUE BILL

_____
FOREPERSON

_____
GUY A. LEWIS
UNITED STATES ATTORNEY

_____
JEFFREY N. KAPLAN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA**

CASE NO. _____

v.

**CERTIFICATE OF TRIAL ATTORNEY***

**COURTNEY MARKS**
**Court Division:** (Select One)

**Superseding Case Information:**
New Defendant(s)    Yes ___  No ___
Number of New Defendants  ___
Total number of counts  ___

___ Miami  ___ Key West
_X_ FTL   ___ WPB ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No) ___NO___
   List language and/or dialect _____

4. This case will take __3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   I    0 to 5 days       _X_      (Check only one)  Petty    ___
   II   6 to 10 days      ___      Minor    ___
   III  11 to 20 days     ___      Misdem.  ___
   IV   21 to 60 days     ___      Felony   _X_
   V    61 days and over  ___

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) _Yes_
   If yes:
   Magistrate Case No. _____ 00-4181-SNOW _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of ___July 19, 2000___
   Defendant(s) in state custody as of _____
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No) ___No___

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No    If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _x_ No

_____
JEFFREY N. KAPLAN
ASSISTANT UNITED STATES ATTORNEY
Court Bar No. A5500033

*Penalty Sheet(s) attached

REV 6/27/00

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name: <u>COURTNEY MARKS</u>     No.: _____

Count #I:
<u>Transport monetary instruments of more than $10,000 at one time from the United States; in violation of 31:5316(a)(1)(A) & 5322(a)</u>

*Max Penalty: <u>Five years' imprisonment, $250,000 fine.</u>

Count #:

*Max Penalty:

Count #:

*Max Penalty:

Count #:

*Max Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV 12-12-96