

FILED by \_\_\_ D.C.
**JUL 2 8 2000**
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. $00$-$6204$-$Cr$-$2loch$

UNITED STATES OF AMERICA,              :

v.                                     :           **NOTICE OF PERMANENT**
                                                   **APPEARANCE AS COUNSEL**
                                       :           **OF RECORD**

_Courtney Marks_                       :

COMES NOW _Lawrence J. Kerr_, and files this appearance as counsel for the above named defendant(s). Counsel agrees to represent the defendant(s) for all proceedings arising out of the transaction with which the defendant(s) is presently charged in the United States District Court in and for the Southern District of Florida.

Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 11.1(D) and Rule 4 of the Special Rules Governing the Admission and Practice of Attorneys.

Counsel acknowledges responsibility to advise the defendant(s) of the right of appeal, to file a timely notice of appeal if requested to do so by the defendant(s), and to pursue that appeal unless relieved by Court Order.

**FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.**

DATED: _July 28, 2000_

Attorney _Lawrence J. Kerr_
Address _1401 Brickell Ave Suite 700_
City _Miami_  State _Fla_  Zip _33131_
Telephone _305-371-8797_
Florida Bar No. _0372390_

The undersigned defendant(s) hereby consent(s) to the representation of the above counsel.

_Courtney Marks_ (signature)

