| | |
|---|---|
| DEFT: COURTNEY MARKS | CASE NO: 00-6204-CR-Zloch |
| AUSA: Jeffrey Kaplan | ATTNY: Lawrence Kerr |
| AGENT: | VIOL: |
| PROCEEDING: Status/Inquiry Re Counsel Arraignment | BOND REC: |
| BOND HEARING HELD - yes/no | COUNSEL APPOINTED: |

FILED by D.C.
JUL 2 8 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
SD. OF FLA. FT. LAUD.

BOND SET @

CO-SIGNATURES: Attorney Kerr files permanent notice of _____

SPECIAL CONDITIONS: _____

- Reading of indictment waived
- Not Guilty plea entered
- Jury trial demanded
- Standing Discovery Order requested

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
___ Electronic Monitoring

- no Tapes.

NEXT COURT APPEARANCE: DATE: TIME: JUDGE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE: August 25, 2000 @ 11:00 a.m before Judge Snow
DATE: July 28, 2000   TIME: 11:00 A.M.   TAPE # 00-061   PG #

12