CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO.  00-6204-CR-Zloch

UNITED STATES OF AMERICA

vs

Courtney Mark

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on    7-28-00        , where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court-appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case.  The following information is current as of this date:

DEFENDANT:              Address:_____ IN CUSTODY _____

_____

Telephone:_____

DEFENSE COUNSEL:        Name:_____ Lawrence Kerr _____

Address:_____

_____

Telephone:_____

BOND SET/CONTINUED:     $_____ Cont'd in Custody _____

Bond hearing held: yes_____ no_____ Bond hearing set for_____

Dated this_____28 day of _____July_____, 20 00.

CLARENCE MADDOX, CLERK OF THE COURT,

By:_____

Deputy Clerk

Tape No._____00-061_____

cc: Clerk for Judge
    U. S. Attorney
    Defense Counsel
    Pre-Trial Services

13