UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 00-~~4181-SNOW~~

6204-CR-Zloch

UNITED STATES OF AMERICA

       Plaintiff,

v.

COURTNEY MARKS,

       Defendant.
_____/



FILED by _____ D.C.

JUL 28 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### GOVERNMENT'S MOTION SEEKING AN ORDER PURSUANT TO RULE 15 TO TAKE THE DEPOSITION OF THE MATERIAL WITNESS

    The United States, by and through its undersigned counsel, hereby seeks an order pursuant to Rule 15 of the Federal Rules of Criminal Procedure to take the deposition of the material witness and states as follows:

    1.    On July 19, 2000, Courtney Marks was arrested attempting to leave the United States for Jamaica without declaring on US Customs Form 4790 that he had in his possession and control approximately $249,756 in United States currency, in violation of 31 USC §§5316 and 5322. Marks was traveling with a friend, Paulette Ramdas Haye, who was carrying some of the US currency for him. Ms. Haye is a Jamaican citizen who was also leaving the United States for Jamaica. Ms. Haye was arrested on a material witness complaint.

    2.    Pursuant to Rule 15 of the Federal Rules of Criminal Procedure, whenever due to exceptional circumstances, it is in the interest of justice that the testimony of a prospective witness be



14

preserved for use at trial, the court may upon motion of such party and notice to the parties order that the testimony of the witness be taken by deposition.

3. Since Ms. Haye is a Jamaican citizen and will be returning to Jamaica upon her release the United States will be unable to subpoena her presence for trial. Thus, exceptional circumstances exist and her testimony needs to be preserved by deposition.

4. The parties have agreed to take the deposition of Ms. Haye, at 1:30 p.m. on July 28, 2000, at Room, 140 of the United States Courthouse, 299 E. Broward, Boulevard, Fort Lauderdale, Florida.

5. Wherefore, the government prays that its motion be granted and that an order be granted pursuant to Rule 15 allowing the deposition of the material witness Ms. Haye.

Respectfully submitted,

GUY LEWIS
UNITED STATES ATTORNEY

By: _____
JEFFREY N. KAPLAN
Assistant United States Attorney
Florida Bar No. A05500030
500 E. Broward Blvd.
Fort Lauderdale, Florida 33394
Tel: (954) 356-7255
Fax: (954) 356-7336

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing was hand delivered this 28th day of July, 2000, to Larry Kerr, Esq., 1401 Brickell Avenue, Suite 700, Miami, Florida 33131 and Leonardo Mendez, 2307 S. Douglas Road, #301, Miami, Florida 33145.

                                                                         JEFFREY N. KAPLAN
                                                                         Assistant United States Attorney