UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 00-~~4181-SNOW~~

6204 CR-Zloch

UNITED STATES OF AMERICA

      Plaintiff,

v.

COURTNEY MARKS,

      Defendant.
_____/



### ORDER

**THIS CAUSE**, having come before the Court on the Government's Motion Seeking an Order Pursuant to Rule 15 to Take the Deposition of the Material Witness, it is hereupon:

**ORDERED AND ADJUDGED** that said Motion be Granted.

The parties shall depose Paulette Haye, at 1:30 p.m. on July 28, 2000, at Room, 140 of the United States Courthouse, 299 E. Broward, Boulevard, Fort Lauderdale, Florida. The defendant shall be present at the deposition.

DONE AND ORDERED this _28th_ day of July, 2000.

                                    BARRY S. SELTZER
                                    U.S. MAGISTRATE JUDGE

cc: U.S. Marshals
    AUSA Jeffrey N. Kaplan
    Larry Kerr, Esquire
    Leonardo Mendez, Esquire