UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6204-CR-ZLOCH

UNITED STATES OF AMERICA,    :

    Plaintiff,    :

v.    :

COURTNEY MARKS,    :

    Defendant.    :
_____

FILED by _____ D.C.
AUG 25 2000
LAWRENCE MAJOR
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

**STATUS REPORT**

A status conference was held in this cause on August 25, 2000. At that conference, the parties informed the Court as follows:

    1. Discovery has been provided and no motions are pending.

    2. This case likely will be resolved by way of a plea.

DATED at Fort Lauderdale, Florida, this **25th** day of August, 2000.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Jeff Kaplan (FTL)
Lawrence Kerr, Esq.