HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

FILED by AV D.C.

AUG 2 5 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

(USM do not bring defendants for status hearing)

DEFT __COURTNEY MARKS_____ CASE NO: __00-6204-CR-ZLOCH__ ✓

AUSA __JEFFREY KAPLAN__ /Behnke ATTY __LAWRENCE KERR__ pre 00-046 @ 1200

Disc rec'd - possible plea -

DEFT __RUTH ANTOINE_____ CASE NO: __00-6324-CR-FERGUSON__

AUSA __ROBIN ROSENBAUM__ /Behnke ATTY __FPD - Bidwill for Wilcox__

Disc out - no motions pending
3 days to try                              @ 1439

DEFT_____ CASE NO:_____

AUSA_____ ATTY_____

DEFT_____ CASE NO:_____

AUSA_____ ATTY_____

DEFT_____ CASE NO:_____

AUSA_____ ATTY_____

DEFT_____ CASE NO:_____

AUSA_____ ATTY_____

DATE __8-25-00_____ TIME __11:00_____

21