**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO: 00-6204-CR-ZLOCH**

FILED by _____ D.C.

AUG 28 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**UNITED STATES OF AMERICA**

**v.**

**COURTNEY MARK**

| TYPE OF CASE | CRIMINAL |
|---|---|

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:**

PLACE
299 E. BROWARD BLVD.
FT. LAUDERDALE, Fl, 33301

COURTROOM A
DATE & TIME:
September 27, 2000, at 9:00 AM

**CALENDAR CALL - RESET BY COURT**

CLARENCE MADDOX
CLERK OF COURT

_Carline J. Newkey_
BY DEPUTY CLERK

DATE: August 28, 2000

cc:
Jeffrey Kaplan, Esq., AUSA
Lawrence Kerr, Esq.