

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6204-CR-ZLOCH

UNITED STATES OF AMERICA

    V.

COURTNEY MARKS

| TYPE OF CASE | CRIMINAL |
|---|---|

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:**

PLACE:                                COURTROOM A
299 E. BROWARD BLVD.                  DATE & TIME:
FT. LAUDERDALE, FL 33301              October 3, 2000 at 1:30 PM

**CHANGE OF PLEA - COUNSEL PLEASE ADVISE YOUR CLIENT JUDGE ZLOCH WILL ASK FOR A CONFESSION**

                                    CLARENCE MADDOX
                                    CLERK OF COURT

                                    BY DEPUTY CLERK

DATE: September 25, 2000

cc:
Jeffrey Kaplan, Esq., AUSA
Lawrence Kerr, Esq.