UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by D.C.
OCT 0 3 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

CASE NUMBER 00-6204-CR-Zloch  DATE 10-3-00

CLERK Carline Newby  REPORTER Carl Schanzlch

PROBATION _____  INTERPRETER _____

UNITED STATES OF AMERICA v. Courtney Marks

U. S. ATTORNEY Jeffrey Kaplan  DEFT COUNSEL Laurence Kerr

DEFENDANT: (PRESENT)  NOT PRESENT  ON BOND  (IN CUSTODY)

REASON FOR HEARING Change of Plea to Count 1

RESULT OF HEARING Deft entered plea of guilty to Count 1

JUDGMENT Court accepted plea & adjudged deft guilty to Count 1

CASE CONTINUED TO 1-2-00  TIME 10:00  FOR Sentencing

MISC Written Plea Agreement

25