UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by _____ D.C.
JAN 1 2 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER 00-6204-CR-Zloch  DATE 1-12-01
CLERK Carline Newby  REPORTER Carl Scheizler
PROBATION Kathryn Comier  INTERPRETER _____

UNITED STATES OF AMERICA v. Courtney Marks

U. S. ATTORNEY Jeffrey Kaplan  DEFT COUNSEL Lawrence Kerr

DEFENDANT: (PRESENT)   NOT PRESENT   ON BOND   (IN CUSTODY)

REASON FOR HEARING Sentencing

RESULT OF HEARING Ct 1 - 12 months custody of BOP - No sup. Rel imposed - $100 assessment

JUDGMENT

CASE CONTINUED TO _____ TIME _____ FOR _____

MISC _____

27