DEFENDANT:   COURTNEY MARKS
CASE NUMBER:   00-6204-CR-ZLOCH

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of      12 months.

(NO SUPERVISED RELEASE IMPOSED)

☐  The court makes the following recommendations to the Bureau of Prisons:

☒  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

  ☐  at _____ a.m./p.m. on _____ .

  ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐  before 2 p.m. on _____ .

  ☐  as notified by the United States Marshal.

  ☐  as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on  3/1/01 _____ to ЭЛ _____

at   Pensacola, Fl _____ with a certified copy of this judgment.

_____ Warden
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal

29